**United States District Court**
<u>**Southern District of New York**</u>

**United States of America**

    **- against -**

**Lorenzo Rodriguez,** *et al.,*
**Bryant de los Santos,**
        *Defendant*
_____

**Notice of Motion**

**Ind. # S1 07 Cr. 699 (HB)**

    **PLEASE TAKE NOTICE**, that upon the annexed Affirmation of **Louis R. Aidala, Esq.**, dated the 5th day of October, 2007, the affidavit of **Bryant de los Santos,** to be filed, and upon all other papers and proceedings heretofore had herein, the undersigned will move this Court, on behalf of defendant **Bryant de los Santos**, before the **Hon. Harold Baer, U.S.D.J.**, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court:

    **I**.    **For an Order,** pursuant to **F.R.Cr.P. 12(b)**, suppressing the statement obtained from defendant following his arrest,

    **II.**    **For an Order**, pursuant to **F.R.Cr.P. 12(b)** and **41(e) and (f)**, suppressing any evidence seized from defendant's person at the time of his arrest, and directing the immediate return of such property to defendant,

    **III.**    **For an Order** directing the Government to provide all exculpatory evidence and impeachment material as it becomes available pursuant to <u>**Brady v. Maryland**</u>, 373 U.S. 73 (1963); <u>**Giglio v. United States**</u>, 405 U.S. 150 (1972), and their progeny,

    **IV. For an Order** directing that the government disclose any evidence it intends to introduce pursuant to **Fed. R. Evid. 404b**

    **V.**    **For an Order** directing that evidentiary hearings be held in aid of the foregoing motions,

together with such other and further relief as this Court may deem just and proper.

**Dated:    New York, NY**
**             October 5, 2007**

                                                                                         **Respectfully submitted,**

                                                                                         **Louis R. Aidala**
                                                                                         **Attorney for Bryant de Los Santos**
                                                                                         **597 Fifth Ave.**
                                                                                         **New York, NY 10017**
                                                                                         **(212) 750 9700**

**To:        Michael Garcia**
              **US Attorney, SDNY**
**Att:       Todd Blanche, AUSA**