**United States District Court**
**Southern District of New York**

**United States of America**

- against -

**Bryant de los Santos,**
*Defendant*

**Defendant's Affidavit**

Ind. # S1 07 Cr. 699 (HB)

**State of New York:**

ss:

**County of New York:**

Bryant de Los Santos, being duly sworn, deposes and says:

I am a defendant in the above-captioned matter and submit this Affidavit in support of the motions submitted on my behalf by my attorney.

On or about June 27, 2007, I was seated in the rear seat of a vehicle in which three other persons were present. The driver pulled up near a building and parked briefly. A short time later, at least 10 or more ATF officers wearing helmets and shields and pointing shotguns at us surrounded the vehicle and placed us all under arrest. Police also surrounded another vehicle that was parked approximately a few hundred feet behind us.

I was taken to law enforcement facility and placed in a room separate from the others, and questioned at length by the police. I was given a written waiver of my rights, which I signed. I was frightened and nervous during this entire time and I made a statement which was tape recorded.

*Bryant De Los Santos*
Bryant de Los Santos

Sworn to before me this 10 *9?*
day of October, 2007

*Joan Palermo*
Notary Public

JOAN PALERMO
Notary Public, State of New York
No. 31-4859662
Qualified in New York County
Commission Expires April 21, ~~18~~ 2010