```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    WAIVER OF INDICTMENT

         - v. -                  :    S4 07 Cr. 699 (HB)

BRYANT DE LOS SANTOS,            :

              Defendant.         :

- - - - - - - - - - - - - - - - -x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, and 1951, and Title 21 United States Code, Section 846, being advised of the nature of the charge and his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         January 11, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 11 2008

0202