U.S. DISTRICT JUDGE
S.D.N.Y.

# LOUIS R. AIDALA

Attorney at Law
597 Fifth Avenue
New York, NY 10017

Ph: (212) 750 9700                                        Fax:   (212) 750 8297

*Via Fax*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED    April 14, 2008
DOC #: _____
DATE FILED: 4/15/08
```

Hon. Harold Baer, Jr.
United States District Judge
US Court House
New York, NY 10007

Re: US v. Bryant de Los Santos
S4 07 Cr. 699 (HB)

Dear Judge Baer:

This letter is to request an adjournment of the sentencing of the above-referenced defendant, which is presently scheduled before Your Honor for Thursday, April 17, 2008.

I was out of the country for two weeks and only returned last Friday, April 11, 2008. Prior to my departure, Mr. De Los Santos was in an in-resident drug rehabilitation program in Rhinebeck, NY. A copy of the report was mailed to him, however, there was no opportunity to meet with him to review the Pre-sentence Report or to prepare a pre-sentence memorandum.

Mr. de Los Santos was released from the in resident program on or about April 4, 2008, and is scheduled to meet with me in my office tomorrow.

I am also in the process of moving to new office space, which move is scheduled for next week. Needless to say, this is a very time consuming process.

I therefore respectfully request an adjournment to a date in May - other than May 12 - that is convenient to the Court, possibly May 13, 15, 20 or 21. The government does not oppose the adjournment.

Thank you for the Court's consideration herein.

Respectfully,

Louis R. Aidala
Attorney for Bryant de los Santos

*[handwritten:] 6/12 at 10:30 AM no more adjournments*

cc: Todd Blanche, AUSA

Harold Baer, Jr., U.S.D.J.

Date: 4/15/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/0

*Law Offices*

**DAVID SEGAL**

MEMBER LOUISIANA BAR

APR 4 2008

U.S. DISTRICT JUDGE
S.D.N.Y.

*30 Vesey Street, Suite 900
New York, New York 10007*

(212) 406-9200
(212) 943-5668

April 14, 2008

FAX: (212) 805-7901
Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

> Re:   United States v. Demi Abraham
>        07-CR-699 (HB)

Dear Judge Baer:

I represent the defendant Demi Abrahim who is to be sentenced on April 17, 2008.

I respectfully request an adjournment of the sentence to June 18, 2008, for the following reasons:

The defendant is 5'10" and weighs 300 lbs. The defendant suffers from hypertension and heart palpitations. Because of his medical condition I am arranging for an up to date physical examination so he can receive treatment and medication for his heart and weight problems.

I would like the medical report and prescriptions to be part of the PSI and be available to the BOP. He will be examined by an internist and cardiologist.

AUSA Todd Blanche consents to my request for an adjournment.

Thank you.

Respectfully,

David Segal

DS/al

CC:   Todd Blanche
      Assistant U.S. Attorney
      Fax: (212) 637-2390

*Adjourned to 6/12/08 at 10:30. No more adjournments.*

SO ORDERED

Harold Baer, Jr., U.S.D.J.

Date: 4/15/08