**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**United States of America,**

                                                                          **07 Cr 699 (HB)**

   **- against -**

**Bryant De Los Santos,**
                              Defendant

---

**NOTICE OF CHANGE OF ADDRESS**

To:   Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Louis R. Aidala

☐        *Attorney*

   ☐   I am a U.S.D.C., Southern District of New York attorney.  My Bar Number is:

      LA 9471

   ☐   *Address*:   546 Fifth Avenue, 6th Floor, New York, NY 10036-5000

   ☐   *Telephone Number*:   212 750 9700

   ☐   *Fax Number:*   212 750 8297

   ☐   *E-mail Address*:   lraidala@aol.com


Dated:   June 3, 2008                                                     Louis R. Aidala